IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02184-BNB

R. EUGENE STOCKTON-BEY,

    Plaintiff,

v.

LASHAWN L. WILLIAMS,

    Defendant.

## ORDER OF DISMISSAL

    Plaintiff, R. Eugene Stockton-Bey, filed ***pro se*** an amended complaint pursuant to 28 U.S.C. § 1343 and 42 U.S.C. § 1983 for money damages and injunctive relief. Mr. Stockton-Bey was granted leave to proceed pursuant to 28 U.S.C. § 1915.

    On October 4, 2011, Magistrate Judge Boyd N. Boland ordered Mr. Stockton-Bey to file a second amended complaint that complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. The October 4 order warned him that the amended complaint and the action would be dismissed without further notice if he failed to file a second amended complaint as directed within the time allowed.

    Mr. Stockton-Bey has failed, within the time allowed, to file a second amended complaint as directed or otherwise to communicate with the Court in any way.

    Accordingly, it is

    ORDERED that the amended complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, R. Eugene Stockton-Bey, within the time allowed, to file a second amended

complaint as directed in the order of October 4, 2011, and for his failure to prosecute.  It is

> FURTHER ORDERED that any pending motions are denied as moot.

> DATED at Denver, Colorado, this  9th   day of    November        , 2011.

>> BY THE COURT:

>>    s/Lewis T. Babcock
>> LEWIS T. BABCOCK
>> Senior Judge, United States District Court